UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-22760-RNS

ABEL LOPEZ PICADO, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
               Plaintiffs, )
vs. )
)
)
O & J RESTAURANT, CORP. d/b/a )
MOLINA'S RANCH RESTAURANT, and )
JOSE O JORGE, )
)
)
               Defendants. )
_____ )

**Interim Joint Status Report**

The parties are required to submit an interim joint status report addressing the following issues:

a) Have all defendants been served? If not, state the reasons.

    - All Defendants have been served at this juncture

b) Have all defendants responded to the complaint? If not, state the reasons

    - All Defendants responded to The Complaint in DE 14

c) If this is a class action, has a motion for class certification been filed? If so, what is its status?

    - This is not a class action

d) Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation?

    - The parties will have a mediator selected and submitted to the Court in accordance with DE 17

e) Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (e.g., ongoing, impasse, etc.) and the relative prospects for resolution through informal means.

    - The parties have engaged in informal settlement negotiations and negotiations are ongoing. The parties remain optimistic that a mutually agreeable settlement will be reached.

f) Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.

- The Parties are working diligently to accomplish discovery by the Court's deadline. However, discovery has not proceeded at the rapid rate that the parties had hoped it would proceed in accordance with.

g) Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.

- None.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Neil Tobak
Neil Tobak, Esq.
ntobak.zidellpa@gmail.com
Florida Bar Number: 93940


Respectfully submitted,

JOSE M. HERRERA, P.A.
2350 Coral Way, Suite 201
Miami, Florida 33145
Tel: (305) 445-1100 / Fax: (305) 221-8805
E-mail: JMH@Herreralawfirm.com
VTarajano@Herreralawfirm.com
JTHerrera@Herreralawfirm.com

By /s/ Jose M. Herrera /s/
JOSE M. HERRERA, ESQ.
Florida Bar No.: 612618

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 10, 2017.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Neil Tobak
Neil Tobak, Esq.
ntobak.zidellpa@gmail.com
Florida Bar Number: 93940


JOSE M. HERRERA, P.A.
2350 Coral Way, Suite 201
Miami, Florida 33145
Tel: (305) 445-1100 / Fax: (305) 221-8805
E-mail: JMH@Herreralawfirm.com
VTarajano@Herreralawfirm.com
JTHerrera@Herreralawfirm.com

By /s/ Jose M. Herrera /s/
JOSE M. HERRERA, ESQ.
Florida Bar No.: 612618
