UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-22760-RNS

ABEL LOPEZ PICADO, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiffs, )
vs. )
)
O & J RESTAURANT, CORP. d/b/a )
MOLINA'S RANCH RESTAURANT, and )
JOSE O JORGE, )
)
Defendants. )
_____ )

**NOTICE OF FILING PROPOSED**
**ORDER SCHEDULING MEDIATION**

COME NOW the Plaintiffs, by and through the undersigned counsel, and Notices the Court of the Parties selection of Juan Ramirez Jr. Former Chief Judge., as the mediator in this matter.

Based upon an agreement by all counsel and confirmation of mediator, Juan Ramirez Jr., availability for same, the Parties also file a Proposed Order Scheduling Mediation.

                Respectfully submitted,

                J. H. ZIDELL, P.A.
                ATTORNEYS FOR DEFENDANTS
                300-71ST STREET
                SUITE 605
                MIAMI BEACH, FL 33141
                305-865-6766
                305-865-7167

                _ s/ Neil Tobak
                Neil Tobak, Esquire
                Florida Bar No.: 93940

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 1/10/17 TO:**

**JOSE M. HERRERA, P.A.**
**2350 Coral Way, Suite 201 Miami, Florida 33145**
**Tel: (305) 445-1100 / Fax: (305) 221-8805**
**E-mail: JMH@Herreralawfirm.com VTarajano@Herreralawfirm.com**
**JTHerrera@Herreralawfirm.com**

**BY:__/s/_____Neil Tobak_____**
**Neil Tobak, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-22760-RNS

ABEL LOPEZ PICADO, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
Plaintiffs, )
vs. )
)
O & J RESTAURANT, CORP. d/b/a )
MOLINA'S RANCH RESTAURANT, and )
JOSE O JORGE, )
)
Defendants. )
)

## ORDER SCHEDULING MEDIATION

THE INITIAL MEDIATION CONFERENCE in this matter shall be held with mediator **Juan Ramirez Jr. Former Chief**, on March 2, 2017, commencing at 10:00 a.m., at office located at 135 San Lorenzo Ave Coral Gables 33146.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this _____ day of _____, 2016.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of record

3