UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22760-CIV-OTAZO-REYES

**CONSENT CASE**

ABEL LOPEZ PICARDO, and
all others similarly situated under
29 U.S.C. 216(b)

 Plaintiff,

v.

O & J RESTAURANT CORP.
d/b/a/ Molina's Ranch Restaurant,
and JOSE O JORGE,

 Defendants.
_____/

**SCHEDULING ORDER**

 THIS CAUSE came before the Court for Status Conference on January 23, 2017. In accordance with the undersigned's rulings at the Status Conference, it is

 ORDERED AND ADJUDGED as follows:

 1. The pretrial deadlines set forth in the Scheduling Order and Order of Referral to Mediation [D.E. 17] are hereby extended by **90 days.**

 2. A Pretrial Conference is hereby **SET** for **Wednesday, September 20, 2017, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

 3. A Jury Trial is specially **SET** to commence on **Monday, October 2, 2017, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been reserved for the trial.

2

4. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within **ten days** of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of January, 2017.

*Alicia O3 Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record