UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 16-CV-22760-OTAZO-REYES

ABEL LOPEZ PICADO, and all others
similarly situated under 29 U.S.C. 216(b),

   Plaintiff,

vs.

O & J RESTAURANT CORP. d/b/a
MOLINA'S RANCH RESTAURANT, and
JOSE O. JORGE,

   Defendants.   /

## NOTICE OF FILING

  Defendants, O & J RESTAURANT CORP., d/b/a MOLINA'S RANCH RESTAURANT, and JOSE O. JORGE, hereby file the attached proposed Order Rescheduling Mediation.

        Respectfully submitted,

        JOSE M. HERRERA, P.A.
        2350 Coral Way, Suite 201
        Miami, Florida 33145
        Tel: (305) 445-1100 / Fax: (305) 221-8805
        E-mail: JMH@Herreralawfirm.com
          VTarajano@Herreralawfirm.com
          JTHerrera@Herreralawfirm.com

        By */s/ Jose M. Herrera /s/*
         JOSE M. HERRERA, ESQ.
         Florida Bar No.: 612618

*CASE NO.: 16-CV-22760-SCOLA/OTAZO-REYES*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on this  2nd  day of March, 2017, to Neil Tobak, Esq., J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, Florida 33141.

*/s/ Jose M. Herrera /s/*
**JOSE M. HERRERA, ESQ**
**Florida Bar No.: 612618**
**JOSE M. HERRERA, P.A.**
**2350 Coral Way, Suite 201**
**Miami, Florida 33145**
**Tel: (305) 445-1100 / Fax: (305) 221-8805**
**E-mail: JMH@Herreralawfirm.com**
           **VTarajano@Herreralawfirm.com**
           **JTHerrera@Herreralawfirm.com**