UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 16-CV-22760-OTAZO-REYES

ABEL LOPEZ PICADO, and all others
similarly situated under 29 U.S.C. 216(b),

      Plaintiff,

vs.

O & J RESTAURANT CORP. d/b/a
MOLINA'S RANCH RESTAURANT, and
JOSE O. JORGE,

      Defendants.      /

## ORDER RESCHEDULING MEDIATION

      The Mediation Conference in this matter shall be held with former Chief Judge Juan Ramirez on Wednesday, April 5, 2017, at 10:00 a.m. at ADR Miami, LLC, 1172 S. Dixie Highway, Suite 341, Coral Gables, Florida 33146.

      DONE AND ORDERED in Chambers this ____ day of March, 2017, in Miami, Florida.

      **HONORABLE ALICIA M. OTAZO-REYES**
      **UNITED STATES MAGISTRATE JUDGE**

cc:    Neil Tobak, Esq.
       Jose M. Herrera, Esq.